*Amended*
## Chapter 13 Plan Summary

Debtor(s) **Alonzo Underwood** SS# ~~444-44~~-8499 Net Monthly Earnings **1,562** Case No. **10-70360**
Number of Dependents **1**
Full Address **39 Blessed Way Fosters, AL. 35463**

I. Plan Payments:
(X) Debtor(s) propose to pay direct a total of $ **367** ☐weekly ☐biweekly ☐semi-monthly ☒monthly into the plan: or
(__) Payroll deduction Order: To_____ for
$_____ ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly

Length of plan is approximately **60** months, and the total debt to be paid through the plan is approximately $ **21,200**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code as follows:

A. PRIORITY claims (including administrative expenses and support) [See 11 U.S.C. 1322(a)(2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type | Scheduled amount | Monthly payment |
|---|---|---|---|
| Ala. Dept. Rev. | 507(a) Inc. Tax | 849 | 16 |

B. Total attorney fee [paid as a 503(b) administrative expense] $ ~~2650~~-$ **330** (prepaid), balance of $ **2320** paid as follows: $ **840** upon confirmation and then $ **170** per month until remaining balance is paid.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total amount of debt | Amount of regular payment ☐by Trustee ☒by Debtor | Direct payments To begin: Year/Month | Arrears to Be paid by Trustee | Months Included In arrearage Amount | Proposed interest rate on Arrearage | Proposed fixed payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Family Home Loasing | 62,000 | 450 | Mar. 10 | 6,974 | 9 | None | 120 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total amount of Debt | Debtor's Value | Unsecured portion | Description of collateral | Proposed interest rate | Proposed fixed payments | Fixed payments to begin |
|---|---|---|---|---|---|---|---|---|
| Tusc. VA. Fed. C.U. | 0 | 8983 | 9,000 | 0 | 01' Toyota 4 Runner | 5 | 171 | Post confirmation |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total amount of Debt | Amount of regular payments | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

IV. Special Provisions: Priority insurance requested as a 503(b) Admin. expense on the 01' Toyota 4-Runner -($91.05 per month)

Debtor values the 96' Chevrolet Blazer at its FMV of -0- (totalled) and proposes to pay Credit Acceptance -0- secured and balance unsecured. Debtor values the 90' Nissan Maxima at its FMV of -0- (totalled), and proposes to pay MidAtlantic Finance -0- sec. and bal. unsecured. 2/16/10

☐ This is an original plan.
☒ This is an amended plan replacing plan dated **2/16/10**
☒ This plan proposes to pay unsecured creditors **1** %.
☐ Debtor assumes/rejects (circle one) lease and/or executory contract with_____
☒ Claims filed in excess of Debtor's estimates will be paid as filed (including appropriate fixed payment increases) unless objected to by Debtor.
☒ Allowed secured claims not provided in plan to receive **5** % interest by fixed payment over **59** months
☒ Other provisions: Adeq. protection paid on undersecured, PMSI claims in Personal prop. Filed prior to confirmation.
☐ Debtor will continue to pay pre-petition and post-petition electric service debt in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under section 366 of the U.S. Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar Alabama Power Co.'s efforts to collect pre-petition and post-petition utility service debt.

Attorney for Debtor Dated: **3/12/10** /s/ Alonzo Underwood
Camron Law                                   Signature of Debtor **Alonzo Underwood**
2330 University Boulevard, Ste. 314
Tuscaloosa, AL 35405
Telephone # (205)349-2455                    Signature of Debtor