UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In Re: Alonzo Underwood                              Case No: 10-70360-CMS-13
  Debtor(s)

## OBJECTION TO CLASSIFICATION OF CLAIM

Comes now the Debtor, by and through his undersigned counsel of record, and respectfully objects to the classification of claim #6 filed by Wayne Rhodes, DC as secured in the amount of $2813.00 for reason(s) as follow:

1. Creditor asserts a claim secured by a judgment lien.
2. Debtor has no real property to which said lien can attach.
3. A Motion to Avoid Judicial Lien is pending before the court.

Wherefore, upon successful lien avoidance, debtor prays this Honorable Court disallow claim #6 filed by Wayne Rhodes, DC in the amount of $2813.00 as secured and allow claim as unsecured for distribution purposes.

Dated:_4-8-2010                              /s/Rod Cameron Shirley
                                              Rod C. Shirley-Attorney for Debtor

### Certificate of Service

I do hereby certify that a copy of the foregoing document was delivered to C. David Cottingham and mailed to <u>below creditor</u> on the 12th day of April, 2010.

Dated:_4-8-2010                              /s/Rod Cameron Shirley
                                              Rod C. Shirley
                                              Camron Law
                                              2330 University Blvd
Wayne Rhodes, DC                             (205) 349-2455
410D 15th St. E
Tuscaloosa, AL 35401